AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Angel Ayala, individually and on behalf of all others situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BL 62 West 9th St, LLC d/b/a Casa Apicii, BL 62 West 9th Management, LLC, Apicii, LLC, Apicii Advisors, LLC, Apicii Management, LLC, Thomas A. Dillon, and Bernard Schwartz, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bernard Schwartz
　　　　　　　　　　　　　　　　　c/o Apicii, LLC
　　　　　　　　　　　　　　　　　62 West 9th Street
　　　　　　　　　　　　　　　　　New York  NY  10011


　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Steven John Moser
　　　　　　　　　　　　　　　　　　　　　　Moser Law Firm, PC
　　　　　　　　　　　　　　　　　　　　　　5 East Main Street
　　　　　　　　　　　　　　　　　　　　　　Huntington, NY  11743
　　　　　　　　　　　　　　　　　　　　　　steven.moser@moserlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　631-824-0200

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*


Date: _____　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*