UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angel Ayala, individually and on behalf of all others situated,<br><br>                              Plaintiffs,<br><br>-*against*-<br><br>BL 62 West 9th St, LLC d/b/a Casa Apicii, BL 62 West 9th Management, LLC, Apicii, LLC, Apicii Advisors, LLC, Apicii Management, LLC, Thomas A. Dillon, and Bernard Schwartz,<br><br>                              Defendants. | **Case No.: 20-cv-05233 (VSB)**<br><br>**STIPULATION** |

Plaintiff Angel Ayala and Defendants BL 62 West 9th St, LLC d/b/a Casa Apicii, BL 62 West 9th Management, LLC, Apicii, LLC, Apicii Advisors, LLC, Apicii Management, LLC, Thomas A. Dillon, and Bernard Schwartz (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to answer, move, or otherwise respond to the Complaint, dated July 8, 2020, to and including November 23, 2020. Defendants waive any defenses based on insufficiency of process or insufficiency of service of process of the Summons and Complaint in this action.

115167461

Dated: New York, New York
October 22, 2020

| **MOSER LAW FIRM, P.C.** | **FOX ROTHSCHILD LLP** |
|---|---|
| By:_____ | By:_____ |
| Steven J. Moser, Esq. | Carolyn D. Richmond, Esq. |
| 5 E. Main Street | Matthew C. Berger, Esq. |
| Huntington, NY 11743 | 101 Park Avenue, Suite 1700 |
| Tel: (631) 824-0200 | New York, NY 10178 |
| smoser@moseremploymentlaw.com | Tel: (212) 878-7900 |
| *Attorneys for Plaintiff* | crichmond@foxrothschild.com |
| | mberger@foxrothschild.com |
| | *Attorneys for Defendants* |

**SO ORDERED:**  _____
              VERNON S. BRODERICK
              United States District Judge

**Dated:**         _____

2
115167461