

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

MATTHEW C. BERGER
Direct Dial: (646) 601-7658
Email Address: MBerger@FoxRothschild.com

January 31, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  02/01/2022

Re:   *Angel Ayala v. BL 62 West 9th St, LLC.,* et al. (20-cv-05233 (VSB)

Dear Judge Broderick:

      Defendants BL 62 West 9th St, LLC d/b/a Casa Apicii, BL 62 West 9th Management, LLC, Apicii, LLC, Apicii Advisors, LLC, Apicii Management, LLC, Thomas A. Dillon, and Bernard Schwartz (collectively, "Defendants") write with the consent of plaintiff Angel Ayala to request an extension of time to submit a revised proposed settlement agreement.

      Pursuant to the Court's January 10, 2022 Order, Your Honor directed the parties to submit a revised proposed settlement agreement within 21 days or advise the Court of the parties' intention to abandon the settlement. Unfortunately, Defendants have not been responsive to our requests to discuss same. Accordingly, we respectfully request an additional three (3) weeks, until February 21, 2022, to submit a revised proposed settlement agreement to give the parties enough time to confer with our respective clients and revise the proposed settlement agreement, or withdraw as counsel to this action.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

130111950



The Court's attention to this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/ Matthew C. Berger*

Matthew C. Berger

cc: All Counsel of Record (*via* ECF)

130111950