

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

MATTHEW C. BERGER
Direct Dial: (646) 601-7658
Email Address: MBerger@FoxRothschild.com

February 21, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *Angel Ayala v. BL 62 West 9th St, LLC.,* et al., Dkt. No. 20-cv-05233 (VSB)

Dear Judge Broderick:

Defendants BL 62 West 9th St, LLC d/b/a Casa Apicii, BL 62 West 9th Management, LLC, Apicii, LLC, Apicii Advisors, LLC, Apicii Management, LLC, Thomas A. Dillon, and Bernard Schwartz (collectively, "Defendants") write to provide Your Honor with a status update on the parties' progress in submitting a revised proposed settlement agreement to the Court.

Pursuant to the Court's February 1, 2022 Order, Your Honor granted the parties' request for an extension of time to submit a revised proposed settlement agreement due to our difficulties in communicating with Defendants about this matter. We were able to connect with our clients late last week and are in the process of revising the proposed settlement agreement, and will obtain the parties' signatures forthwith. Accordingly, we respectfully request an additional two (2) weeks, until March 7, 2022, to submit a fully executed revised proposed settlement agreement for the Court's consideration.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

130975828



We thank the Court for its attention to this matter.

    Respectfully submitted,

    FOX ROTHSCHILD LLP

    */s/ Matthew C. Berger*

    Matthew C. Berger

cc:    All Counsel of Record (*via* ECF)

130975828