

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

MATTHEW C. BERGER
Direct Dial: (646) 601-7658
Email Address: MBerger@FoxRothschild.com

March 4, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *Angel Ayala v. BL 62 West 9th St, LLC.*, et al. (20-cv-05233 (VSB)

Dear Judge Broderick:

Pursuant to the Court's January 10, 2022 Order, the parties hereby submit a revised proposed settlement agreement for the Court's consideration.

The Court's attention to this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/ Matthew C. Berger*

Matthew C. Berger

cc:   All Counsel of Record (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

131542480